FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANNA L. COLLINS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LOUIS DEJOY, Postmaster General,<br><br>　　Defendant. | No. 2:22-CV-00227-SAB<br><br>**ORDER RE: PRESERVATION OF PRIVILEGE CLAIMS; STRIKING TRIAL DATES; and FINAL JUDGMENT** |

　　Before the Court are the parties' Joint Stipulated Order Re: Preservation of Privilege Claim, ECF No. 16, Plaintiff's Notice of Acceptance of Offer of Judgment, ECF No. 18, and Joint Motion for Entry of Final Judgment, ECF No. 19. Plaintiff is represented by Jasmin Rezaie-Tirabadi and Toby J. Marshall. Defendant is represented by John T. Drake and Molly Smith.

　　The parties request that the Court adopt terms pursuant to Rule 16(b)(3)(B)(iv) of the Federal Rules of Civil Procedure to preserve claims, strike trial, and enter a final judgment. The Court finds good cause to grant these requests.

　　Accordingly, **IT IS HEREBY ORDERED:**

1. The current trial date of September 23, 2024 and all associated case deadlines are **STRICKEN**.

**ORDER RE: PRESERVATION OF PRIVILEGE CLAIMS; STRIKING TRIAL DATES; and FINAL JUDGMENT** # 1

2. The parties' Joint Stipulated Order Re: Preservation of Privilege Claims, ECF No. 16, is **GRANTED**.

3. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

4. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

5. The parties' Joint Motion for Entry of Final Judgment, ECF No. 19, is **GRANTED**.

6. The Court directs the Clerk's Office to **enter** a **judgment** in **Plaintiff's favor** on the following terms in accordance with the accepted offer:

    a. Damages in the amount of $15,000.

    b. Costs in the amount of $500.

    c. Attorney's fees in the amount of $9,202.50.

**IT IS SO ORDERED**. The Clerk of the Court is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 30th day of March 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: PRESERVATION OF PRIVILEGE CLAIMS; STRIKING TRIAL DATES; and FINAL JUDGMENT # 2**