AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 30, 2023**

SEAN F. McAVOY, CLERK

DEANNA L. COLLINS,

*Plaintiff*

v.

LOUIS DEJOY, Postmaster General,

*Defendant*

Civil Action No. 2:22-CV-00227-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Parties' Joint Motion for Entry of Final Judgment (ECF No. 19) is GRANTED.
Judgment entered in favor of Plaintiff on the following terms in accordance with the accepted offer:
a. Damages in the amount of $15,000.
b. Costs in the amount of $500.
c. Attorney's fees in the amount of $9,202.50

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   STANLEY A. BASTIAN

Date: 03/30/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates